UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULISSA COTA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC. d/b/a HOTEL PASEO, a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendant. | Case No.: 21-CV-140 JLS (AHG)<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO STRIKE**<br><br>(ECF No. 8) |

Presently before the Court is Plaintiff Julissa Cota's Motion to Strike Affirmative Defenses (ECF No. 8). On May 12, 2021, Plaintiff notified the Court that the claims of Plaintiff have been settled on an individual basis. *See* ECF No. 10. In light of the Parties' settlement, the Court **DENIES WITHOUT PREJUDICE** Plaintiff's Motion to Strike.

**IT IS SO ORDERED.**

Dated: May 14, 2021

Hon. Janis L. Sammartino
United States District Judge

1