UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULISSA COTA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC. d/b/a HOTEL PASEO, a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendant. | Case No.: 21-CV-140 JLS (AHG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 13) |

Presently before the Court is the Parties' Joint Motion for Dismissal with Prejudice (ECF No. 13). Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated by the Parties, the Court **DISMISSES WITH PREJUDICE**, with each Party to bear its or her own costs and attorney's fees. The Clerk of the Court shall close the file.

**IT IS SO ORDERED.**

Dated: June 24, 2021

Hon. Janis L. Sammartino
United States District Judge